UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

Case Number: 12-14190-CIV-MARTINEZ-LYNCH

MARK ALAN YODER,

    Plaintiff,

vs.

JUDGE KARLA FOREMAN WRIGHT, et al.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE LYNCH'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Frank J. Lynch, Jr., United States Magistrate Judge for a Report and Recommendation on Defendants Sheriff Grady Judd and Officer Eric Daniels' Motion to Dismiss (D.E. No. 12) and Defendants' Motions to Quash Service of Process (D.E. Nos. 7, 10). Magistrate Judge Lynch filed a Report and Recommendation (D.E. No. 13), recommending that Plaintiff's complaint, in which he raises various claims under 42 U.S.C. § 1983, be dismissed pursuant to *Heck v. Humphrey*, 512 U.S. 477 (1994), without leave to amend. *Id.* Magistrate Judge Lynch further recommended that, to the extent Plaintiff raises any state law claims against the Reliable Towing Defendants, the claims be dismissed without prejudice to raising them in state court. *Id.* The Court has reviewed the entire file and record. No objections to the Magistrate Judge's Report and Recommendation have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

    **ADJUDGED** that United States Magistrate Judge Lynch's Report and Recommendation

(D.E. No. 13) is **AFFIRMED** and **ADOPTED**.  Accordingly, it is:

**ADJUDGED** that

1. Plaintiff's complaint is **DISMISSED**, without leave to amend.  To the extent Plaintiff raises any state law claims against the Reliable Towing Defendants, the claims are dismissed without prejudice to raising them in state court.

2. This case is **CLOSED** and all pending motions are **DENIED as moot.**

DONE AND ORDERED in Chambers at Miami, Florida, this 28 day of August, 2012.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record
Mark Alan Yoder